PLAINTIFF EXHIBIT
(1)

## ORTHOPEDIC CONSULTATION

**NAME:** ROBERTSON, TIMOTHY   **TDOC#:** 244376   **DOB:**
**DATE OF CONSULTATION:**
**INSTITUTION:** DeBerry Special Needs Facility
**CONSULTING PHYSICIAN:** Alexander Chernowitz, M.D.

**HISTORY:** Mr. Robertson is seen to consider trouble in his left hip. The patient has a history of 2-3 years of progressively worsening hip pain with some component of night pain. He says he has good days and bad. He is aware of weather changes. He also reports what he describes as quite satisfactory pain relief from taking 400 mg of Lodine on an as needed basis.

**PHYSICAL EXAMINATION:** Mr. Robertson has quite restricted left hip motion with rotation only 10 degrees internal and 10 degrees external. Abduction and adduction are about 20 degrees in each direction. The hip does extend to neutral.

The patient's radiographs are reviewed. There is a severe osteoarthritis of the left hip with virtually no joint space and cyst formation in the acetabulum, and a misshapen femoral head. The radiographic appearance is consistent with a segmental osteonecrosis of the femoral head.

**PLAN:** The situation is discussed in some length with the patient. The possibility of a low friction arthroplasty is explained and also the consequence of doing so in a patient who is relatively young and large as strong as this man is. In any event, the symptoms may get so bad that total hip replacement is decided. My suggestion at this point is that the Lodine be continued since it is doing quite well and is a certainly low risk and low cost intervention. Mr. Robertson should see Dr. Limbird either at this facility or at our clinic at Meharry when Dr. Limbird is back from vacation next month.

Dictated by: Alexander Chernowitz, M.D.
Transcribed by: cd
D: 09/17/09   T: 09/17/09

# PHYSICIAN'S ORDERS

4B/DSNF

3-21-67

NAME: Roberson Timothy
ROOM NO. (ADDRESS): 4B/DSNF
HOSP. NO.: 244376
PHYSICIAN: Alexander

Drug Allergies: Codeine

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ➡ | Nurse's Initials |
|---|---|---|---|
| 8/14/09 10:00 | (1) X-ray of pelvis c̄ (B) Hip<br>(2) Fasting CBC, CMP, lipids.<br>(3) HCTZ 25 mg po q Day<br>(4) Cardizem CD 240 mg po q Day / 90 day<br>(5) Vitals q Day x 10 day<br>(6) FM PRN x 10 day<br>(7) Dis Continue Lodine —<br>(8) Tylenol 650 mg po q 12 hrs PRN x 3 day<br>(9) ~~FM PRN~~ Error | | 8-19-09<br><br>Mark Reeves<br><br>MH |
| 14-09 1010 | Noted Mark Herrin, LPN | | MH |
| 8/25/09 09:45 | (1) Refer to ortho consult<br>(2) Low Fat, Low cholesterol diet x 90 dy<br>(3) Fasting CBC, CMP, lipids in 11 wks<br>(4) CCC in 90 day by MD. | | Mark Reeves<br><br>11-11-09<br>60005251123 |
| | Noted [signature] 8/25/09 10:00 | | |
| 9/18/09 10:20 | (1) Refer to see Dr. Limbird | | |

# CONSULTATION

PLAINTIFF EXHIBIT (3)

Last Name: Roberson, First Name: Timothy, Middle Name: B  244376
From: Attending Physician: Alexander   To: Consulting Physician: Nimbird   Date: 10/15/09
Birthdate: 3/21/1967   SSN: 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   Clinic: ortho

Note Findings and Recommend Treatment

Chip injury in high school
grad prog pain - loss of motion
past 3-4 yrs ?

poor sleep
no stairs

discussed THA
understands risks → wants to go ahead

dental exam
Sched hip

[signature]

Date of Consultation: _____   Dr. _____
Signature of Consultant

1818 Albion Street
Nashville, TN 37208

Pre Admission Testing Center
Phone: 615-341-4285
Fax: 615-341-4680

Patient Name: Jim Roberson  DOB: 3/21/1967  TDOC MRUN: 244376

SS#: _____  Home Phone: _____  Work Phone: _____

☐ Medicare  ☐ Self Pay  ☐ Indigent
☐ TennCare (type): _____  ☐ Insurance (type) _____
Prior Approval # _____  Given By: _____
Authorization Obtained By: _____

## Surgical Admission Orders - Orthopedic

Surgery / Procedure Date: _____  Requested Time: _____
Admission Status:  ☐ SDS  ☒ EMA
Admitting Physician: _____
Admitting Diagnosis: AVN (R) hip
Consent/ Permit for: THA
Special Equipment Required: _____

## Pre Op Orders

Diagnosis/Reason for Tests: _____

☒ CBC            ☒ PT / PTT         ☒ U / A              ☒ EKG > 40 years
☐ CBC with Differential  ☐ Sed Rate   ☐ Urine Drug Screen  ☒ Chest X-ray > 60 yea
☐ ABG            ☐ Hepatic Panel    ☐ Urine Pregnancy Test  ☐ Other: _____
☒ CMP            ☒ Type and Screen  ☐ Other: _____
                 ☒ Cross match _____ _____ # of units _____

## Day of Surgery Orders

Allergies: ∅

Antibiotic: (for severe PCN allergies, use non-cephalosporin)

☒ Cefazolin                                                    ☒ 1 gm IV       ☐ 2gm IV
☒ Vancomycin (for MRSA, to be started 2 hours prior to surgery) ☒ 1 gm IV
☐ No Antibiotics
☐ Other: _____

☐ Heparin 5000 units subQ              ☐ IVF  LR @ _____ ml/hr       ☐ IVF NS @ _____ ml/hr
☒ Foot Pump to Opposite Limb           ☒ TED Hose (to opposite limb)  ☒ NPO after midnight
☒ Shower 10 minutes with Chlorhexidine (Attention to Operative Area)

Physician Signature: _____  Date: 10/11/09

NASHVILLE GENERAL HOSPITAL at MEHARRY
NASHVILLE, TN
PHYSICIAN ORDERS - Orthopedic Admission Orders



# CONSULTATION REQUEST
## FAX TO 1-877-677-9149 (toll free)
NOTE: Always send with 401B-Consultation Report and 401C-Instruction to Provider

**PLAINTIFF EXHIBIT (5)**

To mark check boxes – right click, then click 'properties', then click 'checked'

**FAXED**
**NOV 0 8 2010**

- [x] Off-site
- [ ] On-Site Clinic
- [ ] Telemedicine

Reference #: _____

- [x] Urgent
- [ ] Routine
- [ ] Retro Request

Date of Request: 11/4/10

Inmate: Timothy Roberson   Inmate ID#: 244376   DOB: 3/21/67

Site: DCNF 5B   Cost Center: 43020330

For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.

Procedure/Test/Specialty Service Requested: **Total Hip**

Provider: _____ Initial Visit or F/U? _____ F/U#: _____

Mode of Transportation: [x] Ambulatory  [ ] Ambulance  [ ] Wheelchair Van

**Presumed Diagnosis:** Hip pain

**Describe Signs & Symptoms:** Pt c long hx ht hip pain   Date of Onset: _____

**Exam Data/Objective Findings:** x-ray reveals osteonecrosis of L hip, seen by ortho, hip recommended

**Lab & X-ray Data:** to schedule hip

**Current Medications:** see attached

**Failed Outpatient Therapies:**

**Enrolled in Chronic Care Clinic(s)?** [ ] Yes [ ] No   Which Clinic(s)?

**Other Diagnosis:** HTN, Hyperlipid

**Comments:** see attached

- [ ] RMD- Proceed with requested service as described above
  RMD Signature: _____
  Date: _____

- [x] **ALTERNATIVE TREATMENT PLAN (ATP) FOR CONSIDERATION**

  <11/09/2010 07:40 - MButler>
  ATP- Is the pts. pain controlled with analgesics? We need to know the limitations, if any, his hip problem imposes on his ability to do ADLs.

Site Medical Provider: Mac Rasselm   Signature: _____   Date: 11/4/10
Site Medical Director: _____   Date: 11/5/2010

**UM NURSE REVIEWER/REGIONAL MEDICAL DIRECTOR**
- [ ] Proceed with Requested Service as described above by site provider.
- [x] Alternative Treatment Plan for consideration as described by the RMD
Initials: TH   Date: 11/9/10

UM Notes for Scheduler: see ATP comments

Date of Appt: _____   Time: _____   Location: _____

Special Instructions:   Full Bladder   NPO @midnight   Instruction sheet attached

Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine service is still necessary and appropriate.

IF AN ATP OF ANOTHER SERVICE HAS BEEN RECOMMENDED BY THE RMD A NEW REFERRAL (401) NEEDS TO BE GENERATED FOR THIS SERVICE BY THE SITE PROVIDER AND SENT TO THE UM NURSE REVIEWER.

FOR ATP OF SITE PROVIDER FOLLOW UP-NEW REFERRAL IS NOT INDICATED

MR0002TN-401-A-Consultation Request-Revision 07/15/0808-e-form revision 11/01/09, 01/08/10
Copyright© 2008 by Correctional Medical Services, Inc., All Rights Reserved.

Dr. A, I sent copies of x-ray report and ortho report.

Case 3:11-cv-00117 Document 118-2 Filed 05/04/12 Page 5 of 10 PageID #: 402

## RADIOLOGY REPORT

NAME: ROBERSON, TIMOTHY     TDOC# 244376     AGE: 43
DATE OF EXAM: 10/22/10
REQUESTING PHYSICIAN: Pepito Y. Salcedo, M.D.

LOCATION:     5-B

PROCEDURE:     X-ray left hip.

CLINICAL INFORMATION: Patient has severe left hip pain.

INTERPRETATION: The left hip AP, frogleg and lateral views reveals narrowing of the joint space and cystic change and bony spurring in the head of the left femur. These findings were present on previous film dated 08/14/09; however there has been further destruction of bone in the head of the left femur since the previous film. These findings could be due to severe osteoarthritis or possible osteonecrosis. A pellet is seen overlying the superior ramus on the left side of the pelvis. This was present on previous exam as well.

IMPRESSION:
1.     Severe osteoarthritic change versus osteonecrosis involving left hip

Dictated by: George Benson, M.D.
Transcribed by: ed
D: 10/28/10   T: 10/28/10



TENNESSEE DEPARTMENT OF CORRECTION
PROBLEM ORIENTED – PROGRESS RECORD

INSTITUTION _____

INMATE NAME: Roberson, Timothy    INMATE NUMBER: 244376

| DATE | TIME/PLACE | PROB NO. | |
|---|---|---|---|
| | | | LOIS M. DeBERRY SNF SPECIALTY CLINICS |
| | | | CLINIC: Ortho |
| | | | DATE SEEN: 12-16-10 |
| | | | DR. Baker |
| | | | RTN APPT: Sch Surg |
| | | | NURSE: Chestnut |

PLAINTIFF EXHIBIT
(8)

## CONSULTATION

5B

Last Name: Roberson First Name: Timothy Middle Name: ___ Race: B/M TDOC ID Number: 244376
From: Attending Physician: Alexander To: Consulting Physician: Baker Date: 12-16-10
Birthdate: 3-21-67 SSN: 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 Clinic: Ortho

Note Findings and Recommend Treatment

Chip flexion - 40°
FR - right

leg length discrepancy

A.) L hip AVN / DJD

1) Schedule for surgery с hybrid.

2) Lortab 1 tab po q 12° prn severe pain

Date of Consultation: ___  Dr. ___



**CONSULTATION REQUEST**
FAX TO 1-877-677-9149 (toll free)
NOTE: Always send with 401B-Consultation Report an

**PLAINTIFF EXHIBIT (9)**

DEC 2 9 2010

To mark check boxes – right click, then click 'properties', then click 'checked'

☒ Off-site  ☐ On-Site Clinic  ☐ Telemedicine    Reference #: _____
☐ Urgent  ☒ Routine  ☐ Retro Request    Date of Request: 12/28/2010
Inmate: Roberson, Timothy    Inmate ID#: 244376    DOB: 03/21/1967
Site: DSNF    Cost Center: 6501

For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.

Procedure/Test/Specialty Service Requested: Left Total Hip Replacement
Provider: Limbird    Initial Visit or F/U? ____    F/U#: ____
Mode of Transportation: ☐ Ambulatory  ☐ Ambulance  ☒ Wheelchair Van

| | |
|---|---|
| **Presumed Diagnosis:** | Left Hip severe DJD/AVN (Stage IV) |
| **Describe Signs & Symptoms:** | See attached    Date of Onset: ____ |
| **Exam Data/Objective Findings:** | See attached |

| Lab & X-ray Data: | ☒ RMD- Proceed with requested service as described above |
|---|---|
| | RMD Signature: _____ |
| Current Medications: | Date: 12-28-2010 |
| Failed Outpatient Therapies: | ☐ ALTERNATIVE TREATMENT PLAN (ATP) FOR CONSIDERATION |
| Enrolled in Chronic Care Clinic(s)? ☐ Yes ☐ No  Which Clinic(s)? | |
| Other Diagnosis: | RMD Signature |
| Comments: | DATE |
| Site Medical Provider: _____ Signature: Paul Alexander    Date: 12/28/2010 | |
| Site Medical Director: _____ Date: 12/28/2010 | |
| **UM NURSE REVIEWER/REGIONAL MEDICAL DIRECTOR** | UM Notes for Scheduler: |
| ☐ Proceed with Requested Service as described above by site provider. | |
| ☐ Alternative Treatment Plan for consideration as described by the RMD | |
| Initials: ____ Date: ____ | |

Date of Appt: ____    Time: ____    Location: ____

Special Instructions:    Full Bladder    NPO @midnight    Instruction sheet attached

Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine service is still necessary and appropriate.

IF AN ATP OF ANOTHER SERVICE HAS BEEN RECOMMENDED BY THE RMD A NEW REFERRAL (401) NEEDS TO BE GENERATED FOR THIS SERVICE BY THE SITE PROVIDER AND SENT TO THE UM NURSE REVIEWER.

FOR ATP OF SITE PROVIDER FOLLOW UP-NEW REFERRAL IS NOT INDICATED

MR0002TN- 401-A-Consultation Request-Revision 07/15/0808-e-form revision 11/01/09, 01/08/10
Copyright© 2008 by Correctional Medical Services, Inc., All Rights Reserved.

Albion Street
_nville, TN 37208

Pre Admission Testing Cent_
Phone: 615-341-4285
Fax: 615-341-4680

**PLAINTIFF EXHIBIT (10)**

Patient Name: Timothy Roberson  DOB: 3-21-67  MRUN: 244376
SS#: 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  Home Phone: ___  Work Phone: ___

- [ ] Medicare
- [ ] Self Pay
- [ ] Indigent
- [ ] TennCare (type): ___
- [x] Insurance (type): TDOC

Prior Approval #: ___  Given By: ___
Authorization Obtained By: ___

### Surgical Admission Orders - Orthopedic

Surgery / Procedure Date: January or when available  Requested Time: ___
Admission Status: [ ] SDS  [x] EMA
Admitting Physician: Dr. Limbird
Admitting Diagnosis: Left hip severe DJD / AVN (Stage IV)
Consent/ Permit for: Left total hip replacement
Special Equipment Required: Zimmer

### Pre Op Orders

Diagnosis/Reason for Tests: ___

- [x] CBC
- [x] CBC with Differential
- [ ] ABG
- [x] CMP
- [x] PT / PTT
- [x] Sed Rate
- [ ] Hepatic Panel
- [ ] Type and Screen
- [ ] Cross match ___  # of units ___
- [x] U / A
- [ ] Urine Drug Screen
- [ ] Urine Pregnancy Test
- [ ] Other: ___
- [x] EKG > 40 years
- [ ] Chest X-ray > 60 yea_
- [ ] Other: ___

### Day of Surgery Orders

Allergies: ___

Antibiotic: (for severe PCN allergies, use non-cephalosporin)

- [x] Cefazolin  [x] 1 gm IV  [ ] 2gm IV
- [ ] Vancomycin (for MRSA, to be started 2 hours prior to surgery)  [ ] 1 gm IV
- [ ] No Antibiotics
- [ ] Other: ___

- [ ] Heparin 5000 units subQ
- [x] Foot Pump to Opposite Limb
- [ ] Shower 10 minutes with Chlorhexidine (Attention to Operative Area)
- [x] IVF LR @ 75 ml/hr
- [x] TED Hose (to opposite limb)
- [ ] IVF NS @ ___ ml/hr
- [x] NPO after midnight

Physician Signature: [signature]  Date: 12/16/10

NASHVILLE GENERAL HOSPITAL at MEHARRY
NASHVILLE, TN
PHYSICIAN ORDERS - Orthopedic Admission Orders
647.033/rev. 04-2006  Page 1 of 1

Roberson, Timothy
TDOC 244376

Case 3:11-cv-00117   Document 118-2   Filed 05/04/12   Page 10 of 10 PageID #: 407