UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY ROBERSON | ) | |
| | ) | |
| v. | ) | NO. 3:11-0117 |
| | ) | JUDGE SHARP |
| TENNESSEE DEPARTMENT OF | ) | |
| CORRECTIONS, et al. | ) | |

# ORDER

Pending before the Court is Defendants' Motion to Continue Trial Date (Docket No. 121).

The motion is GRANTED and the trial and pretrial conference are hereby continued to be reset, if needed, after the Court rules on the pending dispositive motions.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE