UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY ROBERSON ] | |
|     Plaintiff, ] | |
| ] | |
| v. ] | No. 3:11-0117 |
| ] | Judge Sharp |
| GAYLE RAY, et al. ] | |
|     Defendants. ] | |

**O R D E R**

The Court has before it plaintiff's *pro se* Motion for Appointment of Counsel and Independent Expert Witness (Docket Entry No.170) and Motion to Vacate Order of Dismissal with Prejudice (Docket Entry No.171).

The instant action was closed by an order (Docket Entry No.155) entered on February 5, 2013 and is currently on appeal. Docket Entry No.161.

Generally, "the filing of a notice of appeal confers jurisdiction on the court of appeals and divests the district court of control over those aspects of the case involved in the appeal". Marrese v. American Academy of Orthopaedic Surgeons, 470 U.S. 373,379 (1985); Inland Bulk Transfer Co. v. Cummins Engine Co., 332 F.3d 1007,1013 (6th Cir.2003).

Here, the Court discerns no basis for exercising jurisdiction over the merits of plaintiff's pending motions. Accordingly,

plaintiff's pending motions are hereby DENIED for want of jurisdiction.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge